**GUST ROSENFELD P.L.C.**
One East Washington Street, Suite 1600
Phoenix, Arizona 85004-2553
Carol M. Romano – 015988
Kelli K. Williams – 022907
602-257-7422 Telephone
602-254-4878 Facsimile
cromano@gustlaw.com
kwilliams@gustlaw.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JONATHAN MARSHALL, individually, as the surviving son of MELISSA MARSHALL, deceased, and on behalf of NICHOLAS MARSHALL, surviving son, and RUTH JUNTILLA, surviving mother of MELISSA MARSHALL, deceased, and all other statutory beneficiaries of MELISSA MARSHALL, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>LA MESA REHABILITATION AND CARE CENTER; FIVE STAR QUALITY CARE,<br><br>Defendants. | **NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1441(b) and 1332(a)(1), Defendants Five Star Quality Care AZ-LLC dba La Mesa Rehabilitation and Care Center (erroneously sued herein as La Mesa Rehabilitation and Care Center); and FSQ, Inc. (erroneously sued herein as Five Star Quality Care), ("Defendants"), by and through undersigned counsel, hereby remove the above-captioned action from the Superior Court of the State of Arizona in and for the County of Yuma, in which it is currently pending, to the United States

District Court for the District of Arizona. Removal is proper for the following reasons:

1. The action was filed in the Superior Court of the State of Arizona in and for the County of Yuma on August 24, 2015.

**Diversity**

2. Defendants are informed and believe that Plaintiff Jonathan Marshall is a resident of Arizona.

3. Defendants are informed and believe that Plaintiff Nicholas Marshall is a resident of Arizona.

4. Defendants are informed and believe that Plaintiff Ruth Juntilla is a resident of California.

5. Defendant Five Star Quality Care AZ-LLC dba La Mesa Rehabilitation and Care Center (erroneously sued herein as La Mesa Rehabilitation and Care Center) is a foreign limited liability corporation and each of its members are citizens of Massachusetts.

6. Defendant FSQ, Inc. (formerly known as Five Star Quality Care, Inc.) is a Delaware corporation with its principal place of business in Massachusetts.

7. Originally, the state court action was filed in Yuma County Superior Court (No. S1400-CV201500724).

**Amount in Controversy**

8. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1), and is properly removed to this Court pursuant to 28 U.S.C. § 1441(b) because it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of interests and costs.

**Timeliness of Notice**

9. The Complaint in this action was filed on August 24, 2015, attached as Exhibit "1" to this Notice.

10. The Defendants were served with the Summons and Complaint on October 14, 2015, attached as Exhibit "2." Thus, this notice is timely filed 28 U.S.C. §1441(b)(1) within thirty days after the service of summons.

11. Written notification of the filing of this notice will be served on Plaintiffs and filed with the Clerk of the Yuma County, Arizona, Superior Court as required by 28 U.S.C. § 1446(d).

12. Undersigned counsel verifies that true and correct copies of all pleadings and other documents that were previously filed in the state court proceeding are attached to this Notice of Removal as Exhibits "1" and "2."

WHEREFORE, Defendants respectfully request that the action now pending against it in the Superior Court of the State of Arizona in and for the County of Yuma be removed to this Court and that further proceedings in this action be conducted in this court as provided by law.

RESPECTFULLY SUBMITTED this __16th__ day of October, 2015.

GUST ROSENFELD P.L.C.


By _s/ Kelli K. Williams_
Carol M. Romano
Kelli K. Williams
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 16th day of October, 2015, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to the following CM/ECF participants:

Carter Morey, Esq.
Law Office of Carter Morey,
A Professional Corporation
110 South Church Avenue, Suite 2170
Tucson, Arizona 85701
crm@cartermorey.com
*Attorney for Plaintiffs*

s/ Naomi Ewing