# Exhibit 1

FILED

2015 AUG 24  PM 3: 36

L. ............
CLERK OF ....  ........
YUMA ARI. . ......

1

2

3    Law Office of
     CARTER MOREY
4    A Professional Corporation
     110 South Church Avenue, Suite 2170
5    Tucson, Arizona  85701
     (520) 792-4330
6    Telefax:  (520) 623-9568

7    Carter Morey (State Bar # 003734)

8    Attorney for Plaintiff

9         **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

10            **IN AND FOR THE COUNTY OF YUMA**

11   JONATHAN MARSHALL, individually, as the    )
     surviving son of MELISSA MARSHALL, deceased, )   NO. S1400CV20 1500724
12   and on behalf of NICHOLAS MARSHALL, surviving)
     son, and RUTH JUNTILLA, surviving mother of  )   **COMPLAINT**
13   MELISSA MARSHALL, deceased, and all other     )
     statutory beneficiaries of MELISSA MARSHALL,  )   (Tort, Medical Negligence,
14   deceased                                      )   Wrongful Death)
                                                   )
15       Plaintiff,                                )
                                                   )
16   v.                                            )
                                                   )
17   LA MESA REHABILITATION AND CARE               )
     CENTER; FIVE STAR QUALITY CARE,               )
18                                                 )
         Defendants.                               )
19                                                 )
                                                   )
20   ─────────────────────────────────────────────)

21       Plaintiff alleges:

22                          I.

23       Plaintiff JONATHAN MARSHALL is the surviving son of MELISSA MARSHALL and

24   brings this action on his behalf and on behalf of NICHOLAS MARSHALL, surviving son and

25   RUTH JUNTILLA, surviving mother of MELISSA MARSHALL, and all other statutory

     beneficiaries of MELISSA MARSHALL, pursuant to A.R.S. 12-611, et seq., to recover damages

     for the wrongful death of MELISSA MARSHALL.

                                    1

II.

The events complained of herein occurred in Yuma County, Arizona, at La Mesa Rehabilitation and Care Center.

III.

Defendant LA MESA REHABILITATION AND CARE CENTER is an Arizona corporation, doing business in Yuma County, Arizona, as a rehabilitation and care center, known as La Mesa Rehabilitation and Care Center which provides rehabilitation health care, and care services to the public and which provided rehabilitation health care and care services to decedent MELISSA MARSHALL at all times relevant hereto.

IV.

Defendant FIVE STAR QUALITY CARE is an Arizona corporation, doing business in Yuma County, Arizona, as a rehabilitation and care center, known as La Mesa Rehabilitation and Care Center which provides rehabilitation health care, and care services to the public and which provided rehabilitation health care and care services to decedent MELISSA MARSHALL at all times relevant hereto.

V.

At all times mentioned herein, Defendant FIVE STAR QUALITY CARE employed health care providers at La Mesa Rehabilitation and Care Center who were licensed to provide health care in the State of Arizona and who held themselves out to the decedent, MELISSA MARSHALL, the Plaintiff JONATHAN MARSHALL and the public as health care providers qualified and skilled in the practice of health care.

VI.

All Defendants were either agents, employees or principals of each other at all times relevant to the allegations in this Complaint and are vicariously liable and responsible for the conduct of one another under the principles of respondeat superior, ostensible agency, or otherwise.

VII.

On or about October 23, 2014, and thereafter and at all times relevant thereto, Defendants, individually and by and through their agents and employees, including agents and employees not named in this Complaint, each and all of them, individually and in concert with one another, negligently, grossly negligently and with reckless disregard for the rights of others, including MELISSA MARSHALL, JONATHAN MARSHALL, NICHOLAS MARSHALL and RUTH JUNTILLA, failed to provide appropriate supervision, and care and responsibility to MELISSA MARSHALL; and Defendants had prior knowledge of MELISSA MARSHALL's previous wandering and leaving of the premises; and yet they negligently, grossly negligently and with reckless disregard for the rights of others, including MELISSA MARSHALL, JONATHAN MARSHALL, NICHOLAS MARSHALL and RUTH JUNTILLA, allowed MELISSA MARSHALL to leave the premises of La Mesa Rehabilitation and Care Center, where she was found at a Circle K where she had fallen in the parking lot and hit her head. Thereafter, MELISSA MARSHALL suffered head injuries and brain damage as the result of the negligent supervision, care and responsibility of Defendants. As a result of Defendants' conduct and grossly negligent supervision, care and responsibility, MELISSA MARSHALL passed away on November 5, 2014.

As a result of the grossly negligent and reckless conduct of Defendants, and each of them, as set forth above, Plaintiff JONATHAN MARSHALL has lost his mother, NICHOLAS MARSHALL has lost his mother, and RUTH JUNTILLA has lost her daughter, and each has suffered and will continue to suffer in the future as a result of the death of MELISSA MARSHALL: a) loss of love, affection, companionship, care, protection and guidance; b) pain, grief, sorrow, anguish, stress, shock and mental suffering; and c) along with other pecuniary and non-pecuniary damages the exact amount of which is not yet known, but which will be proven at trial. The amount of the damages resulting from the death of MELISSA MARSHALL exceeds the minimum jurisdictional limit of this Court.

1   WHEREFORE, Plaintiff JONATHAN MARSHALL requests judgment against

2 Defendants, and each of them, for compensatory and punitive damages, for costs, for

3 prejudgment interest from the date of death on all liquidated damages, and for such other and

4 further relief as the Court deems just and proper.

5   Dated this 21st day of August, 2015.

6          LAW OFFICE OF CARTER MOREY

7

8

9          Carter Morey
           Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ARIZONA SUPERIOR COURT, YUMA COUNTY

| Plaintiff<br>JONATHAN MARSHALL, ET AL.<br><br>Defendant<br>LA MESA REHABILITATION AND CARE<br>CENTER; FIVE STAR QUALITY CARE | NO.   S1400CV20 1500724<br><br>CIVIL SUMMONS | |

THE STATE OF ARIZONA to the above-named Defendant: La Mesa
Rehabilitation and Quality Care; 2470 S. Arizona Avenue, Yuma, AZ
85364

I    A lawsuit has been filed against you.

II   If you do not want a Judgment taken against you for the relief
     demanded in the accompanying Complaint, you must file a
     Response in writing in the Office of the Clerk of the Superior
     Court, 250 W. 2nd Avenue, Yuma, Arizona, accompanied by the
     necessary filing fee. A copy of the Response must also be
     mailed to the plaintiff/attorney whose name appears below.

III  The Response must be filed within TWENTY DAYS, exclusive of
     the date of service, if served within the State of Arizona, or
     within THIRTY DAYS, exclusive of the date of service, if
     served outside the State of Arizona.

IV   This is a legal document. If you do not understand its
     consequences, you should seek the advice of an attorney.
     Requests for reasonable accommodation for persons with
     disabilities must be made to the court by parties at least
     three working days in advance of a scheduled court proceeding.

Requests for reasonable accommodation for persons with disabilities
must be made to the division assigned to the case by parties at
least 3 judicial days in advance of a scheduled court proceeding.

WITNESS My Hand and the Seal of the Superior Court.

                          DATED:   AUG 2 4 2015

                          CLERK OF THE SUPERIOR COURT
                                    LYNN FAZZ
                                    Clerk of Superior Court

                          By_____ By _____
                                           DEPUTY CLERK
                                    TAMMY SHERMAN

ATTORNEY'S NAME, ADDRESS, PHONE
Carter Morey
LAW OFFICE OF CARTER MOREY
110 South Church Avenue, Suite 2170
Tucson, Arizona 85701
(520) 792-4330
State Bar No. 003734

ARIZONA SUPERIOR COURT, YUMA COUNTY

| Plaintiff<br>JONATHAN MARSHALL, ET AL.<br><br>Defendant<br>LA MESA REHABILITATION AND CARE<br>CENTER; FIVE STAR QUALITY CARE | NO.   S1400CV2015007.24<br>CIVIL SUMMONS |
|---|---|

THE STATE OF ARIZONA to the above-named Defendant: Five Star
Quality Care; 2470 S. Arizona Avenue, Yuma, AZ 85364

I    A lawsuit has been filed against you.

II   If you do not want a Judgment taken against you for the relief
     demanded in the accompanying Complaint, you must file a
     Response in writing in the Office of the Clerk of the Superior
     Court, 250 W. 2nd Avenue, Yuma, Arizona, accompanied by the
     necessary filing fee. A copy of the Response must also be
     mailed to the plaintiff/attorney whose name appears below.

III  The Response must be filed within TWENTY DAYS, exclusive of
     the date of service, if served within the State of Arizona, or
     within THIRTY DAYS, exclusive of the date of service, if
     served outside the State of Arizona.

IV   This is a legal document. If you do not understand its
     consequences, you should seek the advice of an attorney.
     Requests for reasonable accommodation for persons with
     disabilities must be made to the court by parties at least
     three working days in advance of a scheduled court proceeding.

Requests for reasonable accommodation for persons with disabilities
must be made to the division assigned to the case by parties at
least 3 judicial days in advance of a scheduled court proceeding.

WITNESS My Hand and the Seal of the Superior Court.

DATED: AUG 2 4 2015   LYNN FAZZ
                      Clerk of Superior Court
CLERK OF THE SUPERIOR COURT

By_____
                      DEPUTY CLERK
                      TAMMY SHERMAN

ATTORNEY'S NAME, ADDRESS, PHONE
Carter Morey
LAW OFFICE OF CARTER MOREY
110 South Church Avenue, Suite 2170
Tucson, Arizona 85701
(520) 792-4330
State Bar No. 003734

# Exhibit 2

1
2
3   Law Office of
    CARTER MOREY
4   A Professional Corporation
    110 South Church Avenue, Suite 2170
5   Tucson, Arizona 85701
    (520) 792-4330
6   Telefax: (520) 623-9568
7   Carter Morey (State Bar # 003734)
8   Attorney for Plaintiff

9           **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

10              **IN AND FOR THE COUNTY OF YUMA**

11  JONATHAN MARSHALL, individually, as the    )
    surviving son of MELISSA MARSHALL, deceased, )   NO.   S1400CV201500724
12  and on behalf of NICHOLAS MARSHALL, surviving)
    son, and RUTH JUNTILLA, surviving mother of  )   **WAIVER OF PROCESS OR**
13  MELISSA MARSHALL, deceased, and all other    )   **ACCEPTANCE OF**
    statutory beneficiaries of MELISSA MARSHALL, )   **SERVICE FOR**
14  deceased                                     )   **DEFENDANT LA MESA**
                                                 )   **REHABILITATION AND**
15      Plaintiff,                               )   **CARE CENTER**
                                                 )
16  v.                                           )   (Tort, Medical Negligence,
                                                 )   Wrongful Death)
17  LA MESA REHABILITATION AND CARE              )
    CENTER; FIVE STAR QUALITY CARE,              )
18                                               )
        Defendants.                              )
19                                               )
                                                 )
20                                               )

21
22          1.      I am the Defendant named, or an agent of the Defendant named who is
23  authorized to execute this Waiver of Process or Acceptance of Service, pursuant to
24  Arizona Rules of Civil Procedure 5(c), on behalf of that Defendant.
25          2.      I have either received a copy of the Plaintiff's Complaint and Summons
    filed and issued in this action, accepting service of those documents, or waived service

                                          1

of process; and agree that this action may proceed against this Defendant as though this Defendant had been personally served within the State of Arizona.

      3.    This Waiver or Acceptance does not constitute an appearance.

      I have read the foregoing document and know of my own knowledge that the facts stated herein are true and correct.

Carol Romano
GUST ROSENFELD
1 E. Washington, Ste. 1600
Phoenix, AZ 85004

STATE OF ARIZONA    )
                   )    ss:
COUNTY OF PIMA    )

      This instrument was subscribed and sworn to before me this 14TH day of OCTOBER ___, 20_15_, by CAROL ROMAN In witness thereof, I hereunto set my hand and official seal.

Pamela Anne Worth
Notary Public

My Commission Expires:

PAMELA ANNE WORTH
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
October 13, 2018

1

2

3  Law Office of
   CARTER MOREY
   A Professional Corporation
4  110 South Church Avenue, Suite 2170
   Tucson, Arizona  85701
5  (520) 792-4330
   Telefax:  (520) 623-9568
6

7  Carter Morey (State Bar # 003734)

8  Attorney for Plaintiff

9       IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

10           IN AND FOR THE COUNTY OF YUMA

11  JONATHAN MARSHALL, individually, as the    )
    surviving son of MELISSA MARSHALL, deceased, )   NO.  S1400CV201500724
12  and on behalf of NICHOLAS MARSHALL, surviving)
    son, and RUTH JUNTILLA, surviving mother of  )   **WAIVER OF PROCESS OR**
13  MELISSA MARSHALL, deceased, and all other    )   **ACCEPTANCE OF**
    statutory beneficiaries of MELISSA MARSHALL, )   **SERVICE FOR**
14  deceased                                     )   **DEFENDANT FIVE STAR**
                                                 )   **QUALITY CARE**
15       Plaintiff,                              )
                                                 )   (Tort, Medical Negligence,
16  v.                                           )   Wrongful Death)
                                                 )
17  LA MESA REHABILITATION AND CARE              )
    CENTER; FIVE STAR QUALITY CARE,              )
18                                               )
         Defendants.                             )
19                                               )
                                                 )
20

21

22       1.    I am the Defendant named, or an agent of the Defendant named who is

23  authorized to execute this Waiver of Process or Acceptance of Service, pursuant to

24  Arizona Rules of Civil Procedure 5(c), on behalf of that Defendant.

25       2.    I have either received a copy of the Plaintiff's Complaint and Summons

filed and issued in this action, accepting service of those documents, or waived service

1

of process; and agree that this action may proceed against this Defendant as though this Defendant had been personally served within the State of Arizona.

3.     This Waiver or Acceptance does not constitute an appearance.

I have read the foregoing document and know of my own knowledge that the facts stated herein are true and correct.

Carol Romano
GUST ROSENFELD
1 E. Washington, Ste. 1600
Phoenix, AZ 85004

STATE OF ARIZONA   )
                   )   ss:
COUNTY OF PIMA     )

This instrument was subscribed and sworn to before me this 14TH day of OCTOBER __, 2015 by Carol Romano. In witness thereof, I hereunto set my hand and official seal.

Notary Public

My Commission Expires:

PAMELA ANNE WORTH
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
October 13, 2018

2