Law Office of
**CARTER MOREY**
A Professional Corporation
110 South Church Avenue, Suite 2170
Tucson, Arizona 85701
(520) 792-4330
Telefax: (520) 623-9568

Carter Morey (State Bar 003734)
rec@cartermorey.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JONATHAN MARSHALL, individually and as the surviving son of MELISSA MARSHALL, deceased, and on behalf of NICHOLAS MARSHALL, surviving son, and RUTH JUNTILLA, surviving mother of MELISSA MARSHALL, deceased, and all other statutory beneficiaries of MELISSA MARSHALL, deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>LA MESA REHABILITATION AND CARE CENTER; FIVE STAR QUALITY CARE,<br><br>    Defendants. | NO. 2:15-CV-02082-PHX-DLR<br><br>JOINT REPORT ON SETTLEMENT TALKS |

The parties submit their Joint Report on Settlement Talks to the Court.

A Settlement Conference was held in Phoenix, Arizona, on March 28, 2016. The Settlement Conference was held before Magistrate Judge Eileen S. Willett.

Plaintiff, Jonathan Marshall was accompanied by his attorney, Carter Morey. Counsel for Defendants, Charles DeMartino, National Counsel for Five Star Quality Care and Carol Romano, were also present.

Parties were unable to settle at this Settlement Conference.

Defendants have suggested and Plaintiff has agreed to a binding High/Low

1  Arbitration.  Parties are currently in the process of agreeing to High/Low amounts and
2  obtaining an Arbitrator.

4  Dated this 7th day of June, 2016.

LAW OFFICE OF CARTER MOREY

_____
Carter Morey
110 S. Church Ave., Suite 2170
Tucson, AZ 85701
Attorney for Plaintiff

GUST ROSENFELD, P.L.C.

/cm
_____
Carol M. Romano
One East Washington St., Ste. 1600
Phoenix, AZ 85004-2553
Attorneys for Defendants

2