HASTINGS LAW FIRM, P.C.
25511 Budde Rd., Ste. 1402
The Woodlands, Texas 77380
Tommy R. Hastings – 24031637 TX
281-466-1396 Telephone
281-466-1887 Facsimile
Tommy@hastingsfirm.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JONATHAN MARSHALL, individually As the surviving son of MELISSA MARSHALL, deceased, and on behalf of NICHOLAS MARSHALL, surviving son And RUTH JUNTILLA, surviving mother of MELISSA MARSHALL, deceased, and all other statutory beneficiaries of MELISSA MARSHALL, deceased, <br><br> Plaintiff; <br><br> vs. <br><br> LA MESA REHABILITATION AND CARE CENTER; FIVE STAR QUALITY CARE, <br><br> Defendants. | Case No. 2:15-cv-02082-DLR <br><br> **NOTICE OF SETTLEMENT** |

Plaintiffs Jonathan Marshall, individually, as the surviving son of Melissa Marshall, deceased, and on Behalf of Nicholas Marshall, Surviving Son, and Ruth Juntilla, Surviving Mother of Melissa Marshall, deceased, and all other statutory beneficiaries of Melissa Marshall, deceased, through undersigned counsel, respectfully submit this Notice of Settlement, and inform the Court as follows:

1. Plaintiffs Jonathan Marshall, individually, as the surviving son of Melissa Marshall, deceased, and on Behalf of Nicholas Marshall, Surviving Son, and Ruth Juntilla, Surviving Mother of Melissa Marshall, deceased, and all other statutory beneficiaries of Melissa Marshall, deceased, have reached an agreement with the Defendants to resolve the claims against these defendants.

2. The parties are in the process of finalizing a confidential settlement agreement and will be filing a Notice of Dismissal with the Court shortly.

3. Accordingly, this case will no longer need to be set for trial on January 16, 2018 and there is no need for the Court to further consider or rule on any pending motion.

Dated: January 3, 2018.                    Respectfully submitted,

**HASTINGS LAW FIRM P.C.**

/s/ Tommy R. Hastings
**TOMMY R. HASTINGS (Lead Counsel)**
State Bar Number 24031637
Tommy@hastingsfirm.com
**GREGORY L. FESTE**
State Bar Number 24082988
Greg@hastingsfirm.com
25511 Budde Rd., Ste. 1402
The Woodlands, Texas 77380
Phone:   (281) 466-1396
Fax No.: (281) 466-1887

LAW OFFICES OF GARY S. KNEIP
/s/ Gary S. Kneip, Esq.
177 N. Church Avenue, Suite 315
Tuscon, Arizona 85701-1125
(520) 400-0135
Arizona Bar No. 003556
Gruntled16@gmail.com
**ATTORNEYS FOR PLAINTIFFS**

1  Original of the foregoing
   Mailed this 3rd day of January, 2018, to:
2
   Carol M. Romano, Esq.
3  GUST ROSENFELD, PLC
   One East Washington Street, Ste. 1600
4  Phoenix, AZ 85004-2553
   Attorneys for Defendants
5  /s/ Tommy R. Hastings

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28